*Syndrome* analyzes the complicated, multi-faceted lives of mates of powerful individuals and the issues stemming from such relationships. While *Powerful Mate Syndrome* draws on Wilder's personal experience as the wife of a basketball legend, the book speaks to all persons who, in the shadows of powerful mates, struggle to find their own identity and purpose.

37. Wilder's *Powerful Mate Syndrome* was widely embraced by the media, due to its compelling topic. As a result, Wilder was invited to appear on numerous talk shows through the years, including "48 Hours," "20/20," and "The Oprah Winfrey Show," among others.

38. Wilder's life as a celebrity wife in Los Angeles and her success as the author of *Powerful Mate Syndrome* exposed her to, and educated her significantly on, the television and entertainment industries.

### B. Wilder Searches for a Second Major Project.

39. Piggybacking on the momentum of her book, which helped her to gain identity and purpose in her own right, Wilder searched for a second major project that would flow naturally from her familiarity with the television industry. Years before, right after the birth of her first daughter, Wilder had passing thoughts of creating a show about motherhood. Fueled by the fulfillment she found in writing her book, Wilder concluded in 2004 that it was time to revisit her ideas about creating a show about motherhood, take them off the shelf, and bring them to life.

40. A television show about motherhood would be a perfect second act after *Powerful Mate Syndrome*. Like *Powerful Mate Syndrome*, Wilder wanted this television show to draw from her personal experiences and project them outward so others could benefit from what she had learned. She even envisioned herself as one of the hosts of this show.

41. There was a dire need for a daytime motherhood show, considering that, at the time, there was *not a single show* on television that focused on the myriad issues faced by mothers. This was remarkable, given the fact that stay-at-

Complaint                                                                                     C.A. No.

1  home mothers comprise a huge segment of the population that is home during the
2  daytime and, therefore, able to watch daytime television.  Wilder firmly believed
3  that there would be great demand for a television show that made mothers feel like
4  somebody out there was listening to, and talking about, the basic (and not-so-basic)
5  problems and issues that she, and others like her, encountered every day.

6      42.    Accordingly, Wilder decided that a daytime talk show featuring an
7  ensemble cast of celebrity and other mothers would be an effective way to reach out
8  to this target audience.  She was very confident that such a show would function as a
9  valuable resource and outlet to stay-at-home mothers just like her.  She also believed
10 that, since this demographic was so large, the demand for this type of programming
11 would be so great as to create enormous commercial potential.

12     **C.**    **Wilder Drafts the Treatment for "The Mothers' Hood."**

13     43.    In 2004, Wilder put pen to paper and expressed concretely the many
14 ideas that had been brewing in her mind for years.  She worked one to two hours a
15 day, four days a week, and finally finished her treatment for a television talk show in
16 2006.

17     44.    Wilder titled her treatment "The Mothers' Hood."  Wilder filed this
18 treatment with the Writers Guild of America in 2006 (Registration No.
19 1130154).  Wilder also registered the treatment with the United States Copyright
20 Office on May 23, 2006 (Registration No. Pau003042024). Wilder is the exclusive
21 owner of all rights, title, and interest pertaining and arising from the treatment and
22 has not assigned, licensed, or otherwise transferred her copyright to Defendants or
23 any third parties, nor has she dedicated such rights, title, and/or interest to the
24 public.

25     45.    Wilder's Treatment describes a talk show that would be "dedicated
26 solely to the interests of mothers and the myriad issues of motherhood[,] from
27 autism to breastfeeding to creating home based businesses in order to be able to stay
28 at home to raise one's children to sending their children off to war, college, or

- 8 -

Complaint               C.A. No.

rehab." According to the Treatment, the goal of the show would be to "give mothers a long overdue 'television home' of their own" and "a powerful and influential advocacy movement for mothers from all walks of life."

46. In addition to presenting the idea of being the first show dedicated to mothers and motherhood, the Treatment lays out the format and substance of the show with considerable specificity.

47. For example, the Treatment describes the show as a one-hour daily show that would be taped before a live audience. The Treatment provides that the "set would be designed to foster an 'at home' feeling and to distinguish it from other shows already on air." The goal would be "to have both the studio audience and the viewers at home feel that they are sitting in on a gathering of neighbors; a community of women who share the common bond of motherhood and who truly like each other."

48. Further, according to the Treatment, the show would be hosted by three to five "lively, interesting and engaging" mothers, at least two of whom would be "well known established celebrities with household name recognition." The co-hosts would "share their own stories, challenges, and solutions" to give the show "a 'reality' aspect and … allow the audience to identify and bond with them." The Treatment stresses that "[i]t is essential to the success of the show that the ensemble is truly diverse both in terms of the life experiences and backgrounds of the women and that, collectively, they are raising children across a range of development stages."

49. The Treatment also delineates some of the regularly recurring segments of the show, such as celebrity mothers who would share their parenting experiences with the audience. The Treatment lists a number of celebrity mothers, and specifically includes Christie Brinkley and Jennifer Lopez as featured guests.

50. The Treatment also describes that the hosts would be "featured regularly in segments where they are interacting with their own children, giving the

- 9 -

Complaint                                                                                                   C.A. No.

show a reality component that will serve to bolster the hosts' credibility."

### D. Wilder Pitches Her Treatment to Sony in Confidence and with the Intent to Be Compensated.

51. In the fall of 2008, Wilder discussed her talk show idea at a lunch with fellow "soccer mom" Dawn Steinberg, who was Senior Vice-President of Talent and Casting for Sony. Steinberg, believing that Wilder's idea was novel and had commercial potential, helped facilitate a meeting with Sony Senior Vice-President of Reality and Syndication Programming, Holly Jacobs.

52. Soon thereafter, Hunter Johnson, Jacobs' assistant, emailed Wilder to set up a meeting for the specific purpose of allowing Jacobs to hear Wilder's pitch for her talk show.

53. The email read as follows: "Holly Jacobs, SVP of Reality and Syndication here at Sony Pictures TV would like to setup [sic] a pitch meeting with you [Wilder]. I apologize if you aren't expecting my email, but Dawn Steinberg spoke highly of you and we'd like to bring you in to pitch your show idea to Holly. The times that Holly is available are: November 18 at 3 or 4pm and November 21 at 11 or 11:30am."

54. Neither date worked for Wilder, but in the interim, Wilder's accountant introduced Wilder to Steve Mosko, President of Sony Pictures Television, at a charity event on December 8, 2008. Wilder's accountant was also Mosko's accountant. Wilder mentioned to Mosko that she was trying to set up a pitch meeting with Holly Jacobs. Mosko told Wilder that he would help expedite the process, and the meeting with Jacobs was set shortly thereafter in December 2008 (the "Pitch Meeting").

55. Wilder and Jacobs both understood that the Pitch Meeting was for the express purpose of allowing Jacobs to hear Wilder's pitch for "The Mothers' Hood." Wilder and Jacobs further understood that, in the entertainment industry, writers and creators pitched creative ideas to studios with the goal of

selling the ideas for compensation. More specifically, Jacobs knew that Wilder, in this case, was going to pitch her idea for a talk show with the intention of being compensated if her ideas and expression of those ideas were eventually used by Jacobs and others for commercial gain.

56. At the December 2008 Pitch Meeting in Jacobs' office, Wilder handed Jacobs two copies of her Treatment. Jacobs accepted those copies. A gentleman who worked for Jacobs sat quietly throughout the entire meeting, just outside of Wilder's peripheral vision. Jacobs allowed Wilder to give a very detailed pitch of "The Mothers'Hood," uninterrupted, for nearly an hour. Jacobs looked through the copy of the Treatment while Wilder spoke. At no point during the pitch did Jacobs tell Wilder to stop. Wilder left the two copies of the Treatment with Jacobs.

57. The Pitch Meeting was dedicated entirely to Wilder's attempt to convince Sony, through Jacobs, to purchase "The Mothers'Hood" for commercial development. Further, during the pitch, Wilder emphasized to Jacobs that she not only wanted payment for the Treatment, but that if Sony decided to make the show, she would remain very involved in the development as an executive producer, writer, and co-host. By the same token, Jacobs knew, understood, and accepted that Wilder was making this pitch in confidence and with the express purpose of being compensated and sharing in any profits if Sony used her ideas and expressions thereof.

58. Jacobs seemed very interested throughout the pitch. But after Wilder completed her pitch, Jacobs unexpectedly told Wilder that she was going to pass on "The Mothers'Hood." She explained to Wilder that the target audience – stay-at-home mothers – was "a depressed group of people who would have absolutely no interest in watching a show about their own depressing lives." Moreover, Jacobs maintained that she learned from her work on "The View" (which is in its *sixteenth* season), that daytime talk shows require far too much work to be worth the returns.

59. Despite Jacobs' purported rejection of Wilder's pitch, she retained the

- 11 -

Complaint                                                                                              C.A. No.

two copies of the Treatment that Wilder provided to her. Indeed, Jacobs knowingly kept copies of the Treatment even though she told Wilder expressly that neither she nor Sony was interested in "The Mothers'Hood."

60. When Wilder stepped out of Jacobs' office, she encountered Mosko in the hallway. In response to his question as to how she fared in her Pitch Meeting, Wilder tried to remain upbeat and positive and replied, "Very well, from my perspective." Mosko left Wilder and headed towards Jacobs' office.

61. Less than two years later, in October 2010, Wilder visited her daughter, who was studying abroad in Tanzania. She received congratulatory messages from some of her closest friends and confidants who had read her Treatment regarding a new talk show that was on television. Not quite understanding what was going on from so far away, Wilder decided to investigate further when she returned to the States.

62. In November 2010, upon her return, Wilder realized that the buzz was about a show called "The Talk." The people who had congratulated her when she was in Africa were those who had read her Treatment and apparently believed that the new show was hers. Wilder, likewise, was amazed at how similar the show was to her Treatment for "The Mothers'Hood."

### E. Wilder's Show Gets Made Without Her.

63. On October 18, 2010, CBS aired "The Talk," which is a talk show dedicated to motherhood and the issues faced by mothers in their everyday lives. On information and belief, "The Talk" was based directly on Wilder's Treatment and her pitch to Holly Jacobs for "The Mothers'Hood."

64. For example, the pilot show had a number of remarkable similarities to the Treatment, including:

    a. **Mission:** While no show to date had focused on motherhood or being a mother, the mission statements for these two talk shows were strikingly similar.

- 12 -

Complaint      C.A. No.

"**The Mothers'Hood.**" In her Treatment, Wilder described "The Mothers'Hood" as a talk show "dedicated solely to the interests of mothers and the myriad issues of motherhood." The goal of the show would be to "give mothers a long overdue 'television home' of their own."

"**The Talk.**" As described by Sara Gilbert, the mission of "The Talk" was "to give us a group of mothers with children ranging from infants to adults. . . [and t]o get their take on parenthood and the world in general. "It will be about being a mother, [o]r, at least, about how this group of mothers feel about the world and their lives." "The Talk" was casually referred to by the media as "The Mom Show."

    b.    Format:

"**The Mothers'Hood.**" The Treatment describes "The Mothers'Hood" as a one-hour daily show that would be taped before a live audience and hosted by three to five "lively, interesting and engaging" mothers, at least two of whom would be "well known established celebrities with household name recognition." The co-hosts would "share their own stories, challenges, and solutions" to give the show "a 'reality' aspect and … allow the audience to identify and bond with them."

"**The Talk.**" "The Talk" is a one-hour daytime talk show that is taped before a live audience. It was, and continues to be, hosted by five or so celebrity mothers, some of whom are household names, such as Sharon Osbourne and Sara Gilbert. The co-hosts frequently share their personal mothering experiences with the audience.

    c.    The Setting:

Complaint                        C.A. No.

"The Mothers'Hood." The Treatment describes that the "set would be designed to foster an 'at home' feeling and to distinguish it from other shows already on air." Wilder explains in her Treatment that the "goal is to have both the studio audience and the viewers at home feel that they are sitting in on a gathering of neighbors; a community of women who share the common bond of motherhood and who truly like each other."

"The Talk." "The Talk" precisely fits this description. Indeed, the set creates a very casual at-home environment in which the co-hosts sit in a dining/living-room- type setting while they relate stories and give advice to each other and the audience.

    d.    **Celebrity Guests:**

"The Mothers'Hood." The Treatment lists a number of possible celebrity guest mothers who could be used for the show. Two of the names listed are Jennifer Lopez and Christie Brinkley.

"The Talk." Jennifer Lopez and Christine Brinkley both appeared as the featured guests within the first week of the debut of "The Talk."

    F.    <u>**RelativityREAL, Forman, and CBS Had Direct Access to Wilder's Treatment While They Were Developing "The Talk."**</u>

    65.    The pilot for this remarkably similar show was produced by CBS, a television production and distribution company, and RelativityREAL, LLC, a production company that focuses on making reality, or non-fiction, pilots and television series. Tom Forman is the Chief Executive Officer of RelativityREAL, LLC.

    66.    Sony, a television production and distribution company, and Holly

- 14 -

Complaint      C.A. No.

1  Jacobs had very close ties with Forman, his company RelativityREAL, and CBS,
2  during the time between Wilder's December 2008 Pitch Meeting and the October
3  18, 2010 debut of "The Talk." Accordingly, Forman, RelativityREAL, and CBS
4  had direct and easy access to Wilder's Treatment and her confidential intellectual
5  property while they were in the development stage of "The Talk."

6      67.   For example, in March 2009, Sony signed a global distribution deal
7  with RelativityREAL which provided that Sony would partner with RelativityREAL
8  on the production and distribution of reality television shows. Holly Jacobs was the
9  Senior Vice-President of Reality and Syndication Programming at Sony at that
10 time. Accordingly, on information and belief, Jacobs and Forman worked very
11 closely from March 2009 through October 2010, when "The Talk" debuted.

12     68.   Moreover, Forman was not the only person at RelativityREAL with
13 whom Jacobs had worked closely. Indeed, in her prior job, Jacobs worked on "The
14 Dr. Oz Show," which was developed by Ellen Rakieten. In March 2010, Rakieten
15 joined RelativityREAL to help create and produce unscripted reality television
16 series.

17     69.   So, by the spring of 2010, Jacobs, Forman, and Rakieten were working
18 closely together to produce, develop, and distribute reality and other unscripted
19 television shows. Accordingly, RelativityREAL had full and direct access to
20 Wilder's Treatment and other information that Wilder provided to Jacobs when
21 RelativityREAL produced the pilot show for "The Talk."

22     70.   Moreover, Forman was very well-connected with CBS, which
23 ultimately produced and distributed "The Talk." Indeed, prior to becoming the CEO
24 of RelativityREAL, LLC, Forman ran Tom Forman Productions ("TFP"), an
25 independent television production company that was fully funded by CBS. TFP
26 produced a number of series and pilots for CBS.

27     71.   Accordingly, CBS, through RelativityREAL, Jacobs, and Forman, had
28 clear and direct access to Wilder's Treatment over the two-year period from