UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Angela L. Wilder, | Case No. CV-12-8961-SVW (RZx) |
| Plaintiff, | Hon. Stephen V. Wilson<br>Courtroom No. 6 |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |
| CBS Corporation et al., | |
| Defendants. | Date Filed:    October 18, 2012 |

# JS-6

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

## **ORDER**

The Court has received and reviewed the stipulation for dismissal with prejudice filed by the parties to this action. In the stipulation, the parties state that they have entered into a written settlement agreement and that this entire action should be dismissed with prejudice.

NOW THEREFORE, pursuant to the stipulation, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

The Court reserves and retains jurisdiction over this action for the purpose of enforcing the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: June 12, 2013

_____
Hon. Stephen V. Wilson
United States District Judge

307295466.2

ORDER DISMISSING ACTION WITH
PREJUDICE PURSUANT TO
F.R.C.P. 41(A)(1)(A)(II)